**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NUMBER:** 2:20-cv-00742-DCN

| | |
|---|---|
| Lashanda Steplight,<br><br>          Plaintiff,<br><br>v.<br><br>Progressive Northern Insurance Company,<br><br>          Defendant. | **NOTICE OF REMOVAL** |

**TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION:**

The Defendant, Progressive Northern Insurance Company, would respectfully show in support of its notice of removal that:

1. This action was filed on January 10, 2020 in the Court of Common Pleas for Charleston County, South Carolina. Defendant Progressive Northern Insurance Company was served with a copy of Plaintiff's Summons and Complaint on January 17, 2020. A copy of the Plaintiff's Summons and Complaint and Certificate of Service are attached hereto, there being no other pleadings or orders served upon the Defendant in this action.

2. This action is one of a civil nature over which the District Courts of the United States have original jurisdiction, said action having been brought by the Plaintiff against the Defendant alleging breach of contract and bad faith based upon Defendant's failure to provide insurance coverage for the alleged theft of Plaintiff's vehicle on November 12, 2019.

3. The amount in controversy exceeds Seventy-Five Thousand and No/100 ($75,000.00) Dollars, exclusive of interest and costs, all of which will more fully appear from the attached Complaint; there is complete diversity of citizenship and, therefore, this Court has jurisdiction in accordance with 28 U.S.C. §1332(a)(1).

1

4.  Venue in this matter is proper in the Charleston Division in this Court in accordance with 28 U.S.C. § 1441(a).

5.  Upon information and belief, at the time of the commencement of this action, the Plaintiff was a citizen and resident of the State of South Carolina, the Defendant was a business organized and existing pursuant to the laws of the State of Ohio, with its principal place of business in the state of Ohio, by reason of which there is a diversity of citizenship between the Plaintiff and the Defendant.

6.  The Defendant, Progressive Northern Insurance Company, has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina; however, the Defendant's Answer is filed contemporaneously herewith.

7.  The Defendant has furnished to the Clerk of Court for Charleston County a copy of this Notice of Removal.

MURPHY & GRANTLAND, P.A.

s/J.R. Murphy
J.R. Murphy, Esquire (Fed. I.D. No. 3119)
PO Box 6648
Columbia, SC  29260
(803) 782-4100
Attorneys for the Defendant

Columbia, South Carolina
February 17, 2020