THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Lashanda Steplight,<br><br>    Plaintiff,<br><br>vs.<br><br>Progressive Northern Insurance Company,<br><br>    Defendant. | C/A No.: 2:20-CV-00742-DCN<br><br>**Plaintiff's Expert Witness Disclosure** |

Plaintiff, through undersigned counsel, hereby makes her expert witness disclosure. Prior to filing this disclosure, I certify that a written report and the information required by FRCP 26(a)(2)(B) of retained expert Thomas H. Hesse, has been provided to defense counsel.

**Retained Expert Witness**

Thomas H. Hesse
Austen & Gowder, LLC
1629 Meeting Street, Ste A
Charleston, SC 29405

In addition, Plaintiff reserves the right to call her treating medical providers, if any, who will testify as fact/expert witnesses.

URICCHIO HOWE KRELL JACOBSON
TOPOREK & KEITH, P.A.

s/ Jeff Buncher, Jr.
Jeff Buncher, Jr., Fed ID: 11113
jeff@uricchio.com
PO Box 399 – Charleston, SC 29402
Tel.: (843) 723-7491; Fax: (843) 577-4179
Attorneys for Plaintiff

August 10, 2020
Charleston, South Carolina