AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Lashanda Steplight, <br> *Plaintiff* <br> v. <br> Progressive Northern Insurance Company, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:20-cv-00742-DCN <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the plaintiff, Lashanda Steplight, recover nothing on her claim against defendant, Progressive Northern Insurance Company, and this action is dismissed.

This action was *(check one)*:

☑ tried by a jury with Judge David C. Norton, U.S. District Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: September 02, 2022

CLERK OF COURT

s/Catina Caulder, Deputy Clerk
*Signature of Clerk or Deputy Clerk*